# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  McCuskey, Michael P | 2. Court or Organization  U.S. District Court | 3. Date of Report  03/26/2008 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Active Article III Judge | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2007 to 12/31/2007 |
|---|---|---|

| 7. Chambers or Office Address  318 U.S. Courthouse  201 S. Vine Street  Urbana, IL 61802 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Directors | Bar Association of the Central and Southern Federal Districts of Illinois |
| 2. Board of Directors | Illinois State University Attorneys Advisory Board |
| 3. Board of Directors | Rotary Club of Urbana |
| 4. Member | Assembly of the Illinois State Bar Association |
| 5. Chair | Illinois State Bar Association Standing Committee on Bar Elections Supervision |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. Vested | State of Illinois Judicial Retirement System |
| 2. Vested | State of Illinois Municipal Employees Retirement System |
| 3. Vested | State of Illinois Teachers Retirement System |

| Name of Person Reporting | Date of Report |
|---|---|
| McCuskey, Michael P | 03/26/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/1/07 | Judges' Retirement System - Monthly Pension rec'd on the 17th of each month (1/07 - 12/07) | $ 3,609.03 |
| 2. 1/1/07 | Illinois Municipal Retirement Fund (IMRF) - Monthly Pension rec'd on the 1st of each month (1/07 - 12/07) | $ 1,942.82 |
| 3. 1/1/07 | Teachers' Retirement System (TRS) - Monthly Pension rec'd on the 1st of each month (1/07 - 12/07) | $ 295.67 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Illinois State Bar Association | 2/2 - 2/3/2007 | Chicago, IL | Section Council Meeting | Transportation & Lodging |
| 2. | Illinois State University | 3/1 - 3/4/2007 | St. Louis, Missouri | Board of Trustees Event | Transportation & Lodging |
| 3. | Illinois State Bar Association | 3/9- 3/10/2007 | Chicago, IL | Section Council Meeting | Transportation & Lodging |
| 4. | Illinois State Bar Association | 4/13 - 4/14/2007 | St. Louis, Missouri | Section Council Meeting | Transportation & Lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | McCuskey, Michael P | 03/26/2008 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | Illinois State Bar Association | 5/3 - 5/6/2007 | New Orleans, Louisiana | Law Ed Seminar | Transportation & Lodging |
| 6. | Illinois State Bar Association | 6/21 - 6/23/2007 | Lake Geneva, Wisconsin | Annual Meeting | Transportation & Lodging |
| 7. | Illinois State Bar Association | 9/28 - 9/29/2007 | Chicago, IL | Section Council Meeting | Transportation & Lodging |
| 8. | Illinois State Bar Association | 11/2 - 11/3/2007 | Chicago, IL | Section Council Meeting | Transportation & Lodging |
| 9. | Illinois State Bar Association | 12/5 - 12/8/2007 | Chicago, IL | Mid-Year Meeting | Transportation & Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| McCuskey, Michael P | 03/26/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCuskey, Michael P | 03/26/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Pfizer, Inc. - Common Stock | A | Dividend | K | T | | | | | |
| 2. Fidelity Fund IRA | A | Dividend | M | T | | | | | |
| 3. American Century Income & Growth Fund | A | Dividend | K | T | | | | | |
| 4. Fidelity Puritan Fund IRA | A | Dividend | M | T | | | | | |
| 5. Rental Property, Easton, IL | | None | K | W | | | | | |
| 6. Busey Bank, Urbana, IL | A | Interest | J | T | | | | | |
| 7. Heartland Bank & Truste, Champaign, IL | A | Interest | J | T | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII - INVESTMENTS AND TRUSTS - Effective July 1, 2003, at the age of 55, I was eligible to draw my pensions from the Judges' Retirement System, IMRF and TRS as shown under Part III - Non-Investment Income. I have indicated the monthly income received from each pension account for the 2007 reporting year under Part III. Since the pension accounts now have no value, I have removed them from Part VII - Investments and Trusts.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544